Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−14213−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Chris D. Purviance                                 Patricia A. Purviance
   90 Candlewood Drive                         90 Candlewood Drive
   Mantua, NJ 08051                                Mantua, NJ 08051

Social Security No.:
   xxx−xx−0985                                        xxx−xx−9746

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 7, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 7, 2018
JAN: bc

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Chris D. Purviance
Patricia A. Purviance
     Debtors

Case No. 17-14213-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: May 07, 2018
                        Form ID: 148     Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2018.

```
db/jdb         +Chris D. Purviance,    Patricia A. Purviance,    90 Candlewood Drive,    Mantua, NJ 08051-2139
516889820      +Apex Asset Management, LLC,    Lourdes Medical Associates, LMA,    PO Box 5407,
                 Lancaster, PA 17606-5407
516889790      +Apex Asset Management, LLC,    Virtua Health System, WJ,    PO Box 5407,
                 Lancaster, PA 17606-5407
516680680       Apex Asset Mgmt.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516680681      +Audubon Back Aid Center,    246 S. White Horse Pike,    Audubon, NJ 08106-1352
516824607      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516680684       Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
516680688      +Continental Central Credit, Inc.,    PO Box 131120,    Carlsbad, CA 92013-1120
516905712       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516680691       Fulton Bank of NJ,    PO Box 790408,    Saint Louis, MO 63179-0408
516775109      +Fulton Bank of New Jersey,    Eisenberg, Gold and Cettei,    1040 North Kings Highway, Suite 200,
                 Cherry Hill, NJ 08034-1925
516898787      +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516680695       Mid-Atlantic Anesthesia Associates,    PO Box 8505,    Cherry Hill, NJ 08002-0505
516859157      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
516680696      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516680697       Premier Physician Network LLC,    1415 Marlton Pike East,    Suite LL5,
                 Cherry Hill, NJ 08034-2229
516680698       Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516743362      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517244277      +Toyota Lease Trust,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
516883585       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
516680703       Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
516680704       Virtua Health System,    330 Lippincott Drive,    4th Floor,    Marlton, NJ 08053
516680705      +West Jersey Anesthesia - Marlton,    102 Centre Blvd.,    Marlton, NJ 08053-4129
516680706      +Woodstone at Massanutten,    PO Box 1227,    Harrisonburg, VA 22803-1227
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 07 2018 23:47:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 07 2018 23:47:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@fult.com May 07 2018 23:48:11      Fulton Bank of New Jersey,
                 One Penn Square,    Lancaster, PA 17602-2853
516710200       EDI: GMACFS.COM May 08 2018 03:03:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516680679       EDI: GMACFS.COM May 08 2018 03:03:00      Ally Financial,    PO Box 380902,
                 Bloomington, MN 55438-0902
516680682       EDI: BANKAMER.COM May 08 2018 03:03:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19850-5019
516680683       E-mail/Text: clientrep@capitalcollects.com May 07 2018 23:48:08     Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
516891018       EDI: BL-BECKET.COM May 08 2018 03:04:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516906194      +E-mail/Text: bankruptcy@cavps.com May 07 2018 23:47:21      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516680685       EDI: CHASE.COM May 08 2018 03:03:00      Chase Cardmember Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
516680686      +EDI: CITICORP.COM May 08 2018 03:03:00      CitiCards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
516680687       EDI: WFNNB.COM May 08 2018 03:03:00      Comenity - Boscovs,    PO Box 182125,
                 Columbus, OH 43218-2125
516849408      +E-mail/Text: bankruptcy@fult.com May 07 2018 23:48:11      Fulton Bank of New Jersey,
                 One Penn Square,    P.O. Box 4887,    Lancaster, PA 17604-4887
516680690      +E-mail/Text: bankruptcy@fult.com May 07 2018 23:48:11      Fulton Bank of New Jersey,
                 Loan Operations,    PO Box 69,    East Petersburg, PA 17520-0069
516680692       EDI: IRS.COM May 08 2018 03:04:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
516680693       EDI: CBSKOHLS.COM May 08 2018 03:03:00      Kohls/Capital One,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
516904742       EDI: RESURGENT.COM May 08 2018 03:03:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516680694      +EDI: TSYS2.COM May 08 2018 03:03:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
```

```
District/off: 0312-1           User: admin                 Page 2 of 2              Date Rcvd: May 07, 2018
                               Form ID: 148                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516875529        EDI: Q3G.COM May 08 2018 03:04:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
516683028       +EDI: RMSC.COM May 08 2018 03:04:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516906649       +EDI: RMSC.COM May 08 2018 03:04:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
516680699        EDI: RMSC.COM May 08 2018 03:04:00      Synchrony Bank/American Eagle,   PO Box 960013,
                 Orlando, FL 32896-0013
516680700        EDI: RMSC.COM May 08 2018 03:04:00      Synchrony Bank/Care Credit,   PO Box 965061,
                 Orlando, FL 32896-5061
516680701        EDI: RMSC.COM May 08 2018 03:04:00      Synchrony Bank/Home Design Furniture,   PO Box 960013,
                 Orlando, FL 32896-0013
516680702        EDI: TFSR.COM May 08 2018 03:03:00      Toyota Motor Credit,   4 Gatehall Drive,   Suite 350,
                 Parsippany, NJ 07054
516680689        EDI: USBANKARS.COM May 08 2018 03:03:00       Elan Financial Services,   PO Box 790408,
                 Saint Louis, MO 63179-0408
                                                                                                TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516760097*      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
                                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Janet  Gold     on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,
               ksantiago@egclawfirm.com,econolly@egclawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Patricia A. Purviance
               rshoffman@hoffmandimuzio.com,  lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Chris D. Purviance rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 7
```