UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **CHRIS D. PURVIANCE / PATRICIA A. PURVIANCE**

Case No.: 17-14213
Chapter: 13
Judge: ABA

### NOTICE OF PROPOSED PRIVATE SALE

_____Chris D. Purviance_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | US Bankruptcy Court, District of New Jersey, PO Box 2067, Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___11/6/2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___4B___, _____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 2011 Chevrolet Box Truck

Proposed Purchaser: SBiz B, Inc.

Sale price: $10,850.00 - This is the payoff of the loan according to the lienholder Ally Bank.

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Richard S. Hoffman, Jr., Esq.

Address: 412 Swedesboro Road, Mullica Hill, NJ 08062

Telephone No.: 856-694-3939

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                         Case No. 17-14213-ABA
   Chris D. Purviance                                          Chapter 13
   Patricia A. Purviance
          Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Oct 09, 2018
                               Form ID: pdf905              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2018.
db/jdb         +Chris D. Purviance,    Patricia A. Purviance,    90 Candlewood Drive,    Mantua, NJ 08051-2139
516889820      +Apex Asset Management, LLC,    Lourdes Medical Associates, LMA,    PO Box 5407,
                 Lancaster, PA 17606-5407
516889790      +Apex Asset Management, LLC,    Virtua Health System, WJ,    PO Box 5407,
                 Lancaster, PA 17606-5407
516680680       Apex Asset Mgmt.,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
516680681      +Audubon Back Aid Center,    246 S. White Horse Pike,    Audubon, NJ 08106-1352
516680682       Bank of America,    PO Box 15019,    Wilmington, DE 19850-5019
516824607      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516891018       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516680684       Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
516680685       Chase Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
517631499       Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555, 700 Kansas Lane,
                 Monroe, Louisiana 71203
516680686      +CitiCards,    PO Box 6500,    Sioux Falls, SD 57117-6500
516680688      +Continental Central Credit, Inc.,    PO Box 131120,    Carlsbad, CA 92013-1120
516905712       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516680691       Fulton Bank of NJ,    PO Box 790408,    Saint Louis, MO 63179-0408
516775109      +Fulton Bank of New Jersey,    Eisenberg, Gold and Cettei,    1040 North Kings Highway, Suite 200,
                 Cherry Hill, NJ 08034-1925
516898787      +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
516680694      +Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516680695       Mid-Atlantic Anesthesia Associates,    PO Box 8505,    Cherry Hill, NJ 08002-0505
516859157      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
516680696      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
516680697       Premier Physician Network LLC,    1415 Marlton Pike East,    Suite LL5,
                 Cherry Hill, NJ 08034-2229
516680698       Recon Ortho Assoc II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
516680702     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,     4 Gatehall Drive,    Suite 350,
                 Parsippany, NJ 07054)
516743362      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517244277      +Toyota Lease Trust,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
516883585       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
516680689     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Elan Financial Services,     PO Box 790408,
                 Saint Louis, MO 63179-0408)
516680703       Virtua Health,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
516680704       Virtua Health System,    330 Lippincott Drive,    4th Floor,    Marlton, NJ 08053
516680705      +West Jersey Anesthesia - Marlton,    102 Centre Blvd.,    Marlton, NJ 08053-4129
516680706      +Woodstone at Massanutten,    PO Box 1227,    Harrisonburg, VA 22803-1227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2018 01:12:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2018 01:12:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@fult.com Oct 10 2018 01:13:01      Fulton Bank of New Jersey,
                 One Penn Square,    Lancaster, PA 17602-2853
516710200       E-mail/Text: ally@ebn.phinsolutions.com Oct 10 2018 01:11:03      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
516680679       E-mail/Text: ally@ebn.phinsolutions.com Oct 10 2018 01:11:03      Ally Financial,
                 PO Box 380902,    Bloomington, MN 55438-0902
516680683       E-mail/Text: clientrep@capitalcollects.com Oct 10 2018 01:12:57      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
516906194      +E-mail/Text: bankruptcy@cavps.com Oct 10 2018 01:12:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516680687      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 10 2018 01:11:48      Comenity - Boscovs,
                 PO Box 182125,    Columbus, OH 43218-2125
516849408      +E-mail/Text: bankruptcy@fult.com Oct 10 2018 01:13:01      Fulton Bank of New Jersey,
                 One Penn Square,    P.O. Box 4887,    Lancaster, PA 17604-4887
516680690      +E-mail/Text: bankruptcy@fult.com Oct 10 2018 01:13:01      Fulton Bank of New Jersey,
                 Loan Operations,    PO Box 69,    East Petersburg, PA 17520-0069
516680692       E-mail/Text: cio.bncmail@irs.gov Oct 10 2018 01:11:25      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
516680693       E-mail/Text: bnckohlsnotices@becket-lee.com Oct 10 2018 01:11:12      Kohls/Capital One,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Oct 09, 2018
                               Form ID: pdf905          Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516904742      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 10 2018 01:17:33
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516875529      E-mail/Text: bnc-quantum@quantum3group.com Oct 10 2018 01:11:54
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516683028     +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 01:18:02      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516906649     +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 01:18:02      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
516680699      E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 01:18:04      Synchrony Bank/American Eagle,
               PO Box 960013,    Orlando, FL 32896-0013
516680700      E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 01:18:47      Synchrony Bank/Care Credit,
               PO Box 965061,    Orlando, FL 32896-5061
516680701      E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2018 01:17:20
               Synchrony Bank/Home Design Furniture,    PO Box 960013,    Orlando, FL 32896-0013
                                                                                             TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516760097*    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Janet Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,
               ksantiago@egalawfirm.com,econolly@egclawfirm.com,jwingfield@egalawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Patricia A. Purviance
               rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Chris D. Purviance rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```