**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Chris D. Purviance<br><br>Patricia A. Purviance<br><br><br>                                    Debtors | Case No.:    17-14213 (ABA)<br><br>Chapter:    13<br><br>Hearing Date:    November 6, 2018<br><br>Judge:    Andrew B. Altenburg, Jr. |

# ORDER RESOLVING TRUSTEE'S OBJECTION TO NOTICE OF PRIVATE SALE

The relief set forth on the following page, numbered two through three is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re:  Chris D. Purviance and Patricia A. Purviance*
*Case No.:  17-14213 (ABA)*
Order Resolving Trustee's Objection to Notice of Private Sale
Page | 2

---

**THIS MATTER** having come before the court by Richard S. Hoffman, Esquire as counsel for Debtors, Chris D. Purviance and Patricia A. Purviance, on a Notice of Private Sale and Isabel C. Balboa, Esquire, Chapter 13 Standing Trustee, having filed opposition to Debtors' motion and for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** that the sale of Debtors' 2011 Chevrolet Express to SBiz B, Inc. for $10,850 is hereby approved; and

**IT IS FURTHER ORDERED** that Debtors' case shall continue at $9,759 paid to date, then $500 for forty (40) remaining months commencing November 1, 2018, for a total plan length of sixty (60) months with a 100% dividend to be paid to unsecured creditors who filed timely claims.