**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Order Filed on November 9, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br>Chris D. Purviance<br>Patricia A. Purviance<br><br>                                      Debtors | Case No.:   17-14213 (ABA)<br>Chapter:    13<br>Hearing Date:  November 6, 2018<br>Judge:      Andrew B. Altenburg, Jr. |

**ORDER RESOLVING TRUSTEE'S OBJECTION TO NOTICE OF PRIVATE SALE**

The relief set forth on the following page, numbered two through three is hereby **ORDERED**.

**DATED: November 9, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re:  Chris D. Purviance and Patricia A. Purviance*
*Case No.:  17-14213 (ABA)*
Order Resolving Trustee's Objection to Notice of Private Sale
Page | 2

___

**THIS MATTER** having come before the court by Richard S. Hoffman, Esquire as counsel for Debtors, Chris D. Purviance and Patricia A. Purviance, on a Notice of Private Sale and Isabel C. Balboa, Esquire, Chapter 13 Standing Trustee, having filed opposition to Debtors' motion and for the reasons set forth on the record; and for good cause shown; it is

**ORDERED** that the sale of Debtors' 2011 Chevrolet Express to SBiz B, Inc. for $10,850 is hereby approved; and

**IT IS FURTHER ORDERED** that Debtors' case shall continue at $9,759 paid to date, then $500 for forty (40) remaining months commencing November 1, 2018, for a total plan length of sixty (60) months with a 100% dividend to be paid to unsecured creditors who filed timely claims.

United States Bankruptcy Court
District of New Jersey

```
In re:                                                       Case No. 17-14213-ABA
Chris D. Purviance                                           Chapter 13
Patricia A. Purviance
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin               Page 1 of 1            Date Rcvd: Nov 09, 2018
                               Form ID: pdf903           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db/jdb         +Chris D. Purviance,   Patricia A. Purviance,   90 Candlewood Drive,   Mantua, NJ 08051-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Janet Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,
               ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Patricia A. Purviance
               rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Chris D. Purviance rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8