Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                       Case No.:   17−14213−ABA
                       Chapter:   13
                       Judge:   Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Chris D. Purviance                                         Patricia A. Purviance
   90 Candlewood Drive                                  90 Candlewood Drive
   Mantua, NJ 08051                                         Mantua, NJ 08051

Social Security No.:
   xxx−xx−0985                                               xxx−xx−9746

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                September 24, 2019
Time:               10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*64* – Certification in Opposition to Toyota Lease Trust (related document:63 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 2014 TOYOTA COROLLA, VIN:2T1BURHE1EC173864. Fee Amount $ 181. filed by Creditor Toyota Lease Trust, 33 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Toyota Lease Trust. Objection deadline is 08/29/2019. (Attachments: # 1 Exhibit Order Curing Post−Petition Arrears & Resolving Motion for Relief from Stay # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Toyota Lease Trust) filed by Richard S. Hoffman Jr. on behalf of Chris D. Purviance, Patricia A. Purviance. (Attachments: # 1 Certificate of Service) (Hoffman, Richard)

and transact such other business as may properly come before the meeting.

Dated: August 30, 2019
JAN: kaj

                                                                                            Jeanne Naughton
                                                                                           Clerk