Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
401 Market Street  
Camden, NJ 08102

        Case No.:  17−14213−ABA  
        Chapter:  13  
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Chris D. Purviance                                        Patricia A. Purviance  
   90 Candlewood Drive                            90 Candlewood Drive  
   Mantua, NJ 08051                                   Mantua, NJ 08051

Social Security No.:  
   xxx−xx−0985                                             xxx−xx−9746

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                  September 24, 2019  
Time:                 10:00 AM  
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*64* – Certification in Opposition to Toyota Lease Trust (related document:63 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 2014 TOYOTA COROLLA, VIN:2T1BURHE1EC173864. Fee Amount $ 181. filed by Creditor Toyota Lease Trust, 33 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Toyota Lease Trust. Objection deadline is 08/29/2019. (Attachments: # 1 Exhibit Order Curing Post−Petition Arrears & Resolving Motion for Relief from Stay # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Toyota Lease Trust) filed by Richard S. Hoffman Jr. on behalf of Chris D. Purviance, Patricia A. Purviance. (Attachments: # 1 Certificate of Service) (Hoffman, Richard)

and transact such other business as may properly come before the meeting.

Dated: August 30, 2019  
JAN: kaj

                                                                                         Jeanne Naughton  
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Chris D. Purviance  
Patricia A. Purviance  
    Debtors

Case No. 17-14213-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Aug 30, 2019  
                         Form ID: 173    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.  
db/jdb       +Chris D. Purviance,   Patricia A. Purviance,   90 Candlewood Drive,   Mantua, NJ 08051-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Gavin Stewart    on behalf of Creditor    Toyota Lease Trust gavin@stewartlegalgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          Janet Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,  
           ksantiago@egalawfirm.com,jwingfield@egalawfirm.com  
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
          Richard S. Hoffman, Jr.    on behalf of Joint Debtor Patricia A. Purviance  
           rshoffman@hoffmandimuzio.com,  
           lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
          Richard S. Hoffman, Jr.    on behalf of Debtor Chris D. Purviance rshoffman@hoffmandimuzio.com,  
           lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 9