**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*



**Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>CHRIS D. PURVIANCE and<br>PATRICIA A. PURVIANCE<br><br>                          Debtors. | Chapter 13<br><br>Case No. 17-14213-ABA<br><br><br><br>Judge: Andrew B. Altenburg, Jr. |
|---|---|

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: September 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Chris D. Purviance and Patricia A. Purviance |
| Case No.: | 17-14213-ABA |
| Caption of Order: | **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT** |

THIS MATTER having been opened to the Court upon the Certification of Default ("Certification") filed by Toyota Lease Trust ("Creditor") and Opposition to the Certification filed by the Debtors, and whereas the Debtors and Creditor seek to resolve the issue raised by the Certification and Opposition, it is hereby stipulated and agreed as follows:

1. Creditor is the leaseholder on the following vehicle: 2014 Toyota Corolla; VIN: 2T1BURHE1EC173864 ("Vehicle").

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is confirmed to be terminated as to Movant's interest in the Vehicle.

3. Creditor has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Vehicle, to gain possession of the Vehicle, to have such other and further *in rem* relief as is just; however, Movant shall not have *in personam* relief against the Debtors.

We hereby Consent to the form and entry of the foregoing Order.

| | |
|---|---|
| Richard S. Hoffman, Jr., Esq. | Gavin N. Stewart, Esq. |
| Hoffman DiMuzio | Stewart Legal Group, P.L. |
| 412 Swedesboro Road | 401 East Jackson Street, Suite 2340 |
| Mullica Hill, NJ 08062 | Tampa, FL 33602 |