**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

**Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>CHRIS D. PURVIANCE and<br>PATRICIA A. PURVIANCE<br><br>Debtors. | Chapter 13<br><br>Case No. 17-14213-ABA<br><br><br><br>Judge: Andrew B. Altenburg, Jr. |
|---|---|

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: September 5, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Chris D. Purviance and Patricia A. Purviance |
| Case No.: | 17-14213-ABA |
| Caption of Order: | **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT** |

THIS MATTER having been opened to the Court upon the Certification of Default ("Certification") filed by Toyota Lease Trust ("Creditor") and Opposition to the Certification filed by the Debtors, and whereas the Debtors and Creditor seek to resolve the issue raised by the Certification and Opposition, it is hereby stipulated and agreed as follows:

1. Creditor is the leaseholder on the following vehicle: 2014 Toyota Corolla; VIN: 2T1BURHE1EC173864 ("Vehicle").

2. The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is confirmed to be terminated as to Movant's interest in the Vehicle.

3. Creditor has complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the Vehicle, to gain possession of the Vehicle, to have such other and further *in rem* relief as is just; however, Movant shall not have *in personam* relief against the Debtors.

We hereby Consent to the form and entry of the foregoing Order.

Richard S. Hoffman, Jr., Esq.
Hoffman DiMuzio
412 Swedesboro Road
Mullica Hill, NJ 08062

Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-14213-ABA
Chris D. Purviance                                                              Chapter 13
Patricia A. Purviance
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Sep 05, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2019.
db/jdb         +Chris D. Purviance,   Patricia A. Purviance,   90 Candlewood Drive,    Mantua, NJ 08051-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Toyota Lease Trust gavin@stewartlegalgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Janet Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com,
               ksantiago@egalawfirm.com,jwingfield@egalawfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Joint Debtor Patricia A. Purviance
               rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Chris D. Purviance rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9