| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)**<br>**HOFFMAN DiMUZIO**<br>**A Partnership of Professional Corporations**<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 694-3939<br>Attorneys for Debtor(s) | Order Filed on June 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Chris D. Purviance<br>Patricia A. Purviance<br><br>                    Debtors | Case No.:            17-14213 (ABA)<br><br>Hearing Date:    6/9/2020 @ 10:00am<br><br>Judge:                 ABA |

## ORDER SUSPENDING CHAPTER 13 PLAN PAYMENTS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 9, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor: CHRIS D. PURVIANCE AND PATRICIA A. PURVIANCE
Case No: 17-14213 (ABA)
Caption of Order: **ORDER SUSPENDING CHAPTER 13 PLAN PAYMENTS**

This matter having been brought before the Court on the application of Hoffman DiMuzio on behalf of Debtor(s), CHRIS D. PURVIANCE and PATRICIA A. PURVIANCE, seeking an Order Suspending Chapter 13 Plan Payments, and the Court having considered the moving papers, any opposition filed thereto and arguments of counsel, and for good cause being shown:

**IT IS HEREBY ORDERED** that Chapter 13 Plan Payments shall be suspended for four (4) months from April, 2020 through July, 2020; and

**ORDERED** that the Debtors' case shall continue at $18,259 paid to date, then $630 for 20 remaining months commencing August 1, 2020.

United States Bankruptcy Court
District of New Jersey

In re:  
Chris D. Purviance  
Patricia A. Purviance  
    Debtors

Case No. 17-14213-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 09, 2020  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.  
db/jdb        +Chris D. Purviance,    Patricia A. Purviance,    90 Candlewood Drive,    Mantua, NJ 08051-2139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Gavin Stewart    on behalf of Creditor    Toyota Lease Trust bk@stewartlegalgroup.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Janet Gold    on behalf of Creditor    Fulton Bank of New Jersey jgold@egclawfirm.com, ksantiago@egalawfirm.com,jwingfield@egalawfirm.com  
       Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
       Richard S. Hoffman, Jr.    on behalf of Joint Debtor Patricia A. Purviance rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
       Richard S. Hoffman, Jr.    on behalf of Debtor Chris D. Purviance rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                            TOTAL: 9