**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Chris D. Purviance | Social Security number or ITIN  xxx–xx–0985 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patricia A. Purviance | Social Security number or ITIN  xxx–xx–9746 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  17–14213–ABA

# Order of Discharge                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Chris D. Purviance                              Patricia A. Purviance

    5/9/22                                                    **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                           United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 17-14213-ABA

Chris D. Purviance     Chapter 13

Patricia A. Purviance

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: May 09, 2022 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chris D. Purviance, Patricia A. Purviance, 90 Candlewood Drive, Mantua, NJ 08051-2139 |
| cr | + | Toyota Lease Trust, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| 516889790 | + | Apex Asset Management, LLC, Virtua Health System, WJ, PO Box 5407, Lancaster, PA 17606-5407 |
| 516889820 | + | Apex Asset Management, LLC, Lourdes Medical Associates, LMA, PO Box 5407, Lancaster, PA 17606-5407 |
| 516680680 | | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 516680681 | + | Audubon Back Aid Center, 246 S. White Horse Pike, Audubon, NJ 08106-1352 |
| 516680688 | + | Continental Central Credit, Inc., PO Box 131120, Carlsbad, CA 92013-1120 |
| 516680691 | | Fulton Bank of NJ, PO Box 790408, Saint Louis, MO 63179-0408 |
| 516775109 | + | Fulton Bank of New Jersey, Eisenberg, Gold and Cettei, 1040 North Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |
| 516680695 | | Mid-Atlantic Anesthesia Associates, PO Box 8505, Cherry Hill, NJ 08002-0505 |
| 516680698 | | Recon Ortho Assoc II PC, PO Box 757910, Philadelphia, PA 19175-7910 |
| 517244277 | + | Toyota Lease Trust, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516680703 | | Virtua Health, PO Box 8500-8267, Philadelphia, PA 19178-8267 |
| 516680704 | | Virtua Health System, 330 Lippincott Drive, 4th Floor, Marlton, NJ 08053 |
| 516680705 | + | West Jersey Anesthesia - Marlton, 102 Centre Blvd., Marlton, NJ 08053-4129 |
| 516680706 | + | Woodstone at Massanutten, PO Box 1227, Harrisonburg, VA 22803-1227 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@fult.com | May 09 2022 20:37:00 | Fulton Bank of New Jersey, One Penn Square, Lancaster, PA 17602-2853 |
| 516710200 | | EDI: GMACFS.COM | May 10 2022 00:33:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 516680679 | | EDI: GMACFS.COM | May 10 2022 00:33:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 516680680 | ^ | MEBN | May 09 2022 20:32:26 | Apex Asset Mgmt., 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 516680682 | | EDI: BANKAMER.COM | May 10 2022 00:33:00 | Bank of America, PO Box 15019, Wilmington, DE 19850-5019 |
| 516824607 | + | EDI: BANKAMER2.COM | May 10 2022 00:33:00 | Bank of America, N.A., P O Box 982284, El Paso, |

Case 17-14213-ABA    Doc 82    Filed 05/11/22    Entered 05/12/22 00:13:42    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 09, 2022 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | TX 79998-2284 |
| 516680683 | | Email/Text: clientrep@capitalcollects.com | May 09 2022 20:37:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 516891018 | | Email/PDF: bncnotices@becket-lee.com | May 09 2022 20:39:52 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516906194 | + | Email/Text: bankruptcy@cavps.com | May 09 2022 20:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516680686 | + | EDI: CITICORP.COM | May 10 2022 00:33:00 | CitiCards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 516680687 | | EDI: WFNNB.COM | May 10 2022 00:33:00 | Comenity - Boscovs, PO Box 182125, Columbus, OH 43218-2125 |
| 516680694 | + | EDI: CITICORP.COM | May 10 2022 00:33:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 516905712 | | EDI: Q3G.COM | May 10 2022 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516849408 | + | Email/Text: bankruptcy@fult.com | May 09 2022 20:37:00 | Fulton Bank of New Jersey, One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 516680690 | + | Email/Text: bankruptcy@fult.com | May 09 2022 20:37:00 | Fulton Bank of New Jersey, Loan Operations, PO Box 69, East Petersburg, PA 17520-0069 |
| 516680692 | | EDI: IRS.COM | May 10 2022 00:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516680684 | | EDI: JPMORGANCHASE | May 10 2022 00:33:00 | Chase Bank, PO Box 24696, Columbus, OH 43224-0696 |
| 516680685 | | EDI: JPMORGANCHASE | May 10 2022 00:33:00 | Chase Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 517631499 | | EDI: JPMORGANCHASE | May 10 2022 00:33:00 | Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, Louisiana 71203 |
| 516898787 | | EDI: JPMORGANCHASE | May 10 2022 00:33:00 | JPMorgan Chase Bank, National Association, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516680693 | | Email/Text: PBNCNotifications@peritusservices.com | May 09 2022 20:36:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 516904742 | | Email/PDF: resurgentbknotifications@resurgent.com | May 09 2022 20:39:42 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516859157 | | Email/Text: Bankruptcy.Notices@pnc.com | May 09 2022 20:36:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 516680696 | | Email/Text: Bankruptcy.Notices@pnc.com | May 09 2022 20:36:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 516875529 | | EDI: Q3G.COM | May 10 2022 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516906649 | + | EDI: RMSC.COM | May 10 2022 00:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 516683028 | + | EDI: RMSC.COM | May 10 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516680699 | | EDI: RMSC.COM | May 10 2022 00:33:00 | Synchrony Bank/American Eagle, PO Box 960013, Orlando, FL 32896-0013 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 09, 2022 | Form ID: 3180W | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 516680700 | | EDI: RMSC.COM | May 10 2022 00:33:00 | Synchrony Bank/Care Credit, PO Box 965061, Orlando, FL 32896-5061 |
| 516680701 | | EDI: RMSC.COM | May 10 2022 00:33:00 | Synchrony Bank/Home Design Furniture, PO Box 960013, Orlando, FL 32896-0013 |
| 516680702 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 09 2022 20:36:00 | Toyota Motor Credit, 4 Gatehall Drive, Suite 350, Parsippany, NJ 07054 |
| 516743362 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 09 2022 20:36:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516883585 | | EDI: USBANKARS.COM | May 10 2022 00:33:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 516680689 | | EDI: USBANKARS.COM | May 10 2022 00:33:00 | Elan Financial Services, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516760097 | *+ | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516680697 | ## | Premier Physician Network LLC, 1415 Marlton Pike East, Suite LL5, Cherry Hill, NJ 08034-2229 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Lease Trust bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Janet Gold | on behalf of Creditor Fulton Bank of New Jersey jgold@egclawfirm.com alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| Rebecca Ann Solarz | |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: May 09, 2022 | Form ID: 3180W | Total Noticed: 51

|  |  |
|---|---|
|  | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Joint Debtor Patricia A. Purviance rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Chris D. Purviance rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9